Civ-JurySel(Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: J. Reis
RPTR/ECRO/TAPE: Melissa Cianciullo

TOTAL TIME: 2 hours 41 minutes

DATE: 6/30/2022
START TIME: 9:12 AM
END TIME: 11:53 AM
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

| | |
|---|---|
| U.S. Securities and Exchange Commission | CIVIL NO. 3:20-cv-00397-SRU |
| vs. | |
| Findley et al | |

Alfred Day, Susan Anderson
Plaintiffs Counsel

Joseph Dever, Matthew Elkin
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] Call of the Calendar held / Call of the Calendar over to ___
- [x] ✓ Jury Selection held / Jury Selection continued until ___
- [ ] # Motion ___ granted / denied / advisement
- [ ] # Motion ___ granted / denied / advisement
- [ ] # Motion ___ granted / denied / advisement
- [ ] # Motion ___ granted ✓ / denied / advisement
- [ ] ___ filed / docketed
- [ ] ___ filed / docketed
- [ ] ___ filed / docketed
- [ ] ___ filed / docketed
- [x] 33 # jurors present
- [x] Voir Dire oath administered by Clerk / previously administered by Clerk
- [ ] Voir Dire by Court
- [x] Peremptory challenges exercised
- [x] Jury of 8 drawn (See attached) / and sworn / Jury Trial commences
- [x] Remaining jurors excused
- [ ] Discovery deadline set for ___
- [ ] Disposition Motions due ___
- [ ] Joint trial memorandum due ___
- [x] Trial continued until 7/5/2022 at 9:30 AM
- [x] COPY TO: JURY CLERK with juror lists