# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD FINDLEY and HALITRON, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 3:20-cv-0397 (SRU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission hereby moves for entry of Final Judgment in the attached form against Defendants Bernard Findley ("Findley") and Halitron Inc. ("Halitron"). For the reasons set forth in the accompanying memorandum, the Commission respectfully requests this Court enter the attached proposed final judgment ordering:

a) An injunction permanently restraining and enjoining Defendants from violating Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)] and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5];

b) $298,000 in disgorgement plus $91,735.12 in prejudgment interest on a joint and several basis against Defendants;

c) A $446,458 civil penalty against Findley;

d) A permanent officer and director bar against Findley; and

e) A permanent penny stock bar against Findley.

Dated: April 25, 2023                Respectfully submitted,

                                     SECURITIES AND EXCHANGE
                                     COMMISSION

                                     By its Attorneys,

/s/ Susan Cooke Anderson
Susan Cooke Anderson
Alfred Day
Xinyue Lin
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-4538 (Anderson direct)
andersonsu@sec.gov

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2023, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

/s/ Susan Cooke Anderson